IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Charles Wang, | NO. C 11-05648 JW |
| Plaintiff,<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Jerry Brown, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on March 5, 2012. Upon review of the docket, however, the Court finds that it appears that Plaintiff has not yet effected service upon Defendants.

Accordingly, the Court finds good cause to CONTINUE the Case Management Conference to **April 23, 2012 at 10 a.m.** so as to permit Plaintiff to effect service upon Defendants.[1] Failure to serve the Complaint within the 120-day period established by the Federal Rules of Civil Procedure may be grounds for dismissal of the Complaint without prejudice.[2]

Dated: February 27, 2012

JAMES WARE
United States District Chief Judge

---

[1] Under the Federal Rules of Civil Procedure, "[i]f a defendant is not served within 120 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Plaintiff filed his Complaint on November 21, 2011. (See Docket Item No. 1.)

[2] See, e.g., Lemoge v. United States, 587 F.3d 1188, 1198 (9th Cir. 2009).

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles Wang, scwang@aol.com

**Dated: February 27, 2012**                     **Richard W. Wieking, Clerk**

                                                        **By:   /s/ JW Chambers**
                                                              **Susan Imbriani**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California