IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Charles Wang, | NO. C 11-05648 JW |
|       Plaintiff,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Jerry Brown, et al., | |
|       Defendants. | |

This case is scheduled for a Case Management Conference on April 23, 2012. Although Plaintiff submitted a Case Management Statement,[1] Defendants have not yet answered Plaintiff's Complaint or filed any documents in this case. On the basis of Plaintiff's failure to serve Defendants, the Court has previously continued one Case Management Conference. (See Docket Item No. 13.)

---

[1] (See Docket Item No. 16.)

1  Upon review, in light of the fact that the parties have not yet met and conferred in order to
2 submit a joint statement, the Court finds that a Case Management Conference would be premature at
3 this time.[2]  Accordingly the Court CONTINUES the Case Management Conference until **May 21,**
4 **2012, at 10 a.m.**  On or before **May 11, 2012,** the parties shall submit a Joint Case Management
5 Statement.

8 Dated:  April 18, 2012

JAMES WARE
United States District Chief Judge

---

[2] The Court observes that although Plaintiff purports to have served Defendants in late December of 2011, it is not clear to the Court that Plaintiff's service met either the requirements of Federal Rule of Civil Procedure 4 or the Due Process Clause.  In particular, the Court observes that Plaintiff appears to have mailed service personally, and the documents submitted in support of Plainitff's claim of service do not list the street addresses to which service was mailed.  (See Docket Item No. 16.)  The Court declines to reach the issue of adequacy of service at this time.

2

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Charles Wang scwang@aol.com

5

6  **Dated: April 18, 2012**                                    **Richard W. Wieking, Clerk**

7                                                               **By:     /s/ JW Chambers**
                                                                 **Susan Imbriani**
8                                                                **Courtroom Deputy**